OCT 1 2003

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

Eugene Coleman
---
Name of Plaintiff/Petitioner

v.                              Case No. 3:02 cv 00486 (RNC)(DFM)

STRANGE
---
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Eugene Coleman

   Your present mailing address: ~~23 Hollister Dr.~~ New Address: 49-A2 Columbus Cir

   East Hartford, CT 06108

   Telephone number: (860) 206-9682

2. Are you presently employed? YES ___ NO ✓

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

   Weekly earnings: _____

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. _____

Date last worked: _____

Weekly earnings: _____

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? _____

   b) interest, dividends, rents or investments of any kind? _____

   c) gifts or inheritances of any kind? _____

6. How much money do you have in any checking or savings account(s)?

   Checking: $20.00 _____

   Savings: _____

   Prison account: _____

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO ✓

   If YES, describe the property and state the approximate value: _____

   _____

   _____

8. How much money do you owe others? _____

   For each debt, state the name of the creditor and the amount owed:
   CREDITOR                                              AMOUNT OWED

   _____                               _____

   _____                               _____

   _____                               _____

   _____                               _____

   _____                               _____

2

9. List the persons who depend upon you for support, and state your relationship to them.

   _____

   _____

   _____

   _____

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ____ NO ✓

    If the answer is YES, please provide the following information for each such person:

    Name: _____

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. _____

    _____

    _____

    _____

    _____

### NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. _____

    *See Attached*

(Additional space on next page)

3

_____

_____

_____

_____

_____

### EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ✓ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name _____

   Date you contacted this attorney _____

   Method of contact (in person, by telephone, etc.) _Phone call_

   _____

   Reason why attorney was not employed to handle your case _____
   _Don't take this type of case with no money_

   _____

   b) Attorney's name _UnConn Law School Civil Clinic_

   Date you contacted this attorney _2001-2-3_

   Method of contact (in person, by telephone, etc.) _wrote, phone calls_

   _____

   Reason why attorney was not employed to handle your case _____
   _Not Handing these type of cases at the present time_

4

c) Attorney's name _____

   Date you contacted this attorney _____

   Method of contact (in person, by telephone, etc.) _____

   _____

   Reason why attorney was not employed to handle your case  I couldn't
   Afford to hire any.

   _____

15. Explain any other efforts you have made to obtain an attorney to handle your case.

   It seems that no-matter what if you don't have money
   no-Attorney wants to hear anything.
   I've called the Attorney 800 # and they hung
   up on me

   _____

16. Please provide any other information which supports your application for the court
    to appoint counsel. _____

   _____

   _____

   _____

17. Do you need a lawyer who speaks a language other than English?
    YES ___ NO ✓

   If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court. See Local Rule 83.10(b) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

9/17/03
Date

_Eugene A. C_____
Original Signature of Movant

Eugene Coleman

23 Hollister Dr.

East Hartford, CT. 06108
Printed Name and Address of Movant

6