UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2003 NOV -7  P 12: 19

US DISTRICT COURT
HARTFORD CT

EUGENE COLEMAN

V.

MARK STRANGE, ET AL.

PRISONER
CASE NO. 3:02CV486 (RNC)

### RULING ON MOTION FOR APPOINTMENT OF COUNSEL

Pending before the court is the petitioner's renewed motion for appointment of counsel in this habeas corpus action.  For the reasons set forth below, the motion is DENIED.

Appointment of counsel in habeas corpus cases is discretionary, and that discretion should be exercised only when the interests of justice so require, unless an evidentiary hearing is necessary.  See Rule 8(c) of the Rules Governing Section 2254 Cases in the United States District Courts; 18 U.S.C. § 3006A(a)(2)(B).  On April 16, 2002, the court determined that justice did not require the appointment of counsel and that a hearing was not likely to be scheduled in the case.  The court concluded that the appointment of counsel was not warranted. Based on the court's review of the habeas petition and the response to the petition, the court again concludes that justice does not require the appointment of counsel and that a hearing is unlikely to be necessary.  Accordingly, appointment of counsel is

not warranted at this time.  The petitioner may renew the motion if an evidentiary hearing is held in this matter.

Accordingly, petitioner's renewed Motion for Appointment of Counsel [doc. #28] is DENIED without prejudice to renew the motion if an evidentiary hearing is required.

SO ORDERED this 7th day of November, 2003 at Hartford, Connecticut.

Donna F. Martinez
United States Magistrate Judge