```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT


EUGENE COLEMAN
                                              PRISONER
       V.                              CIVIL 3:02cv486 (RNC)

MARK STRANGE
```

### J U D G M E N T

This cause came on for consideration of the petition for Writ of Habeas Corpus before the Honorable Robert N. Chatigny, United States District Judge.

The Court has considered the petition and all the papers submitted in connection with the petition. On November 30, 2004, the Court issued a ruling denying the petition for writ of habeas corpus.

It is therefore **ORDERED** and **ADJUDGED** that the petition for writ of habeas corpus is denied and the matter is closed.

Dated at Bridgeport, Connecticut this 6th day of December, 2004.

                                        KEVIN F. ROWE, Clerk

                                        By /s/ Cynthia Earle

                                            Cynthia Earle
                                            Deputy Clerk

Entered on Docket _____